FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
FEB 0 4 2008

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00033 |
| | ) | |
| PAULINE M. GIBSON | ) | 29 U.S.C. § 439 |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

1. At all times material to this information, the Drivers, Warehousemen, Maintenance and Allied Workers of America Union, Local 1 (the "Union"), was a labor organization engaged in an industry affecting commerce within the meaning of Section 402(i) and 402(j) of Title 29, United States Code.

2. On or about April 12, 2002, in the Middle District of Tennessee, **PAULINE M. GIBSON** did make and cause to be made a false statement and representation of material fact, knowing it to be false, in a report and document required to be filed by the Union with the Secretary of Labor, pursuant to Section 431 of Title 29, United States Code, that is, the annual report form known as LM-3, which bore the signature of K.S. Jones as Treasurer of the Union, when in fact, as defendant then and there knew, K.S. Jones was not the treasurer and the signature was a forgery.

All in violation of Title 29, United States Code, Section 439(b).

*Edward M. Yarbrough*
EDWARD M. YARBROUGH
UNITED STATES ATTORNEY